**Order filed August 21, 2012**



**In The**

# Fourteenth Court of Appeals

_____

### NO. 14-12-00734-CR
_____

**CHRISTOPHER DAVID BICKERSTAFF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. 9318-A**

---

## O R D E R

The clerk's record was filed August 14, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Chambers County District Clerk is directed to file a supplemental clerk's record on or before September 20, 2012, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM